June ⟨⟩ 2017

Keith Michael Jensen
6704 Blair Court
Fort Worth, Texas 76132

Re: Letter Agreement ("Letter Agreement")

Dear Mr. Jensen,

Reference is made to that certain private offering (the "Offering") of securities of SharedLabs, Inc., a Delaware corporation ("Shared Labs"), consisting of, among other things, shares of Class A common stock (the "Common Stock"). Keith Jensen ("Jensen") and Glade Liquidity, LLC ("Glade") hereby agree pursuant to this Letter Agreement that:

A. <u>Additional Investment</u>.

Jensen shall subscribe for an additional $750,000 in the Offering conducted by Shared Labs, for a total investment of $1,500,000, pursuant to which Jensen shall receive, among other things, 600,000 shares of Common Stock (the "Shares").

B. <u>Escrow of Shares</u>.

Jensen and Glade shall establish an escrow account (the "Escrow Account") with Sichenzia Ross Ference Kesner LLP (the "Escrow Agent") whereby Glade shall deposit, and the Escrow Agent shall hold, 400,000 shares of Common Stock (the "Escrow Shares").

C. <u>Terms of Escrow</u>.

The Escrow Agent shall either release some or all of the Escrow Shares to Glade or convey and retitle some of the Escrow Shares to Jensen pursuant to the following:

If on the one (1) year anniversary of the [date of issuance] of the Shares:

i. Jensen's sales of the Shares plus the Market Value of his unsold shares are equal to or greater than $1,800,000, all of the Escrow Shares shall be returned to Glade; or

ii. Jensen's sales of the Shares plus the Market Value of his unsold shares is less than $1,800,000, then for every $2.50 that sum is worth less than $1,800,000, Jensen shall become the owner of one Escrow Share, which will be conveyed to him and registered in his name as of that date. By way of example, if the sum of Jensen's sales of the Shares plus the Market Value of his unsold shares equals $1,000,000, Jensen would become the owner of 320,000 Escrow Shares, as of that date, and the remaining 80,000 Escrow Shares shall be returned to Glade.

For the purposes of this Paragraph C, Market Value shall mean "the volume weighted average price (VWAP) for the prior sixty (60) days."

D. <u>Sales Restrictions</u>.

    i. Jensen shall not sell any of the Shares at a sales price below $2.50 per share for one (1) year following the date of issuance of the Shares; and

    ii. Jensen shall not sell any of the Shares on the bid price of the Common Stock of Shared Labs for one (1) year following the date of issuance of the Shares.

E. **Personal Guaranty**

Concurrently herewith and as a material inducement to Jensen entering into this Agreement, Jason M. Cory, manager of Glade, shall enter into a personal guaranty in favor of Jensen, the form of which is attached hereto as **Exhibit A**.

F. **Miscellaneous**

The terms, conditions and rights herein are specific to Jensen and Glade. Such rights shall not be assigned or transferred to or assumed by any other party or individual, voluntarily or by operation of law, and any such purported assignment, transfer or assumption shall be void and of no force or effect.

This Letter Agreement shall be governed by the laws of the state of New York, without giving effect to any conflict of laws provision, and may not be amended other than through a written agreement executed by Jensen and Glade.

Very truly yours,

Glade Liquidity, LLC

By: [signature]
Name: Jason M. Cory
Title: Manager member

**AGREED AND ACCEPTED:**

[signature]   7.1.2017
Keith Jensen