

January 18, 2018

Keith Michael Jensen
Race Holdings, LLC
1204 Plantation Village Drive
Dorado, Puerto Rico 00646

Re: Letter Agreement ("Letter Agreement")

Dear Mr. Jensen,

Reference is made to the (i) Letter Agreement ("Original Letter Agreement") dated June 12, 2017 by and between Keith Jensen ("Jensen") and Glade Liquidity, LLC ("Glade"); (ii) that Escrow Agreement ("Escrow Agreement") by and among Jensen and Glade, and Sichenzia Ross Ference Kesner LLP ("SRFK") dated July 1, 2017; (iii) the Guaranty (the "Guaranty) issued by Jason Cory ("Cory") in favor of Jensen, dated June 30, 2017 (the "Guaranty" and together with the Original Letter Agreement and the Escrow Agreement, the "Original Transaction Documents"); and (iv) private offering (the "Offering") of securities of SharedLabs, Inc., a Delaware corporation ("Shared Labs" or the "Company"), consisting of shares of the Company's common stock (the "Common Stock") and warrants.

Jensen, Cory and SharedLabs, hereby agree pursuant to this Letter Agreement as follows:

A. Amendments to Original Transaction Documents.

1. That the Escrow Agreement shall be revised such that the term "Escrow Items" shall refer to 2,250,000 shares of the Company's Common Stock.

2. That the Original Letter Agreement shall be revised such that the term "Escrow Shares" shall refer to 2,250,000 shares of the Company's Common Stock, which, for the avoidance of doubt, refers to the same shares of Common Stock defined as the "Escrow Items" under the Escrow Agreement.

For purposes of this Letter Agreement, the "Escrow Items" and the "Escrow Shares" shall be referred to as the "Escrowed Common Stock."

B. Transfer of Ownership of Escrow Shares/Escrow Items.

The Company agrees that Jensen, or its designee, shall, on the one year anniversary of the initial public offering of Company's securities, become the owner of such amount of Escrowed Common Stock, in the manner contemplated under the Original Letter Agreement, so that Jensen is guaranteed a 35% annual return on his initial investment in the Company in the amount of $1.5 million, accruing from June 30, 2017 (the "First $1.5M"), and a 35% annual return on his investment of $1.5 million pursuant to the Offering, accruing from January 10, 2018 (the "Second $1.5M") (the "Guaranteed Return"). The Guaranteed Return shall be calculated based on the closing price per share of the Common Stock as of the first year anniversary of the Company's initial public, offering, less (i) the amount received by Jensen or his designee from the sale of the Company's Common Stock; (ii) the Current Market Value of his unsold shares of the Company's common stock; and (iii) the Black-Scholes valuation of the warrants issued to Jensen. If the difference is a number equal to or less than zero, Jensen shall not be entitled to receive any Escrowed Common Stock.

Jason M. Cory's initials    Keith M. Jensen's initials
_____           _____



The Guaranteed Return shall increase by one (1) percent for each month after August 1, 2018 if the Company does not complete an initial public offering of its Common Stock by such date.

C. <u>Execution of Guaranty and Amended Escrow Agreement.</u>

Concurrently herewith and as a material inducement to Jensen entering into this Agreement, Jason M. Cory shall enter into a personal guaranty in favor of Jensen, the form of which is attached hereto as <u>Exhibit A</u> and the Amended Escrow Agreement in the form which is attached hereto as <u>Exhibit B</u>.

D. <u>Representations.</u>

Subject to applicable securities laws, the Company hereby represents and warrants that:

1. the restrictive legends placed on the shares and warrants issued to Jensen or Race Holdings, LLC ("Race") pursuant to the Original Transaction may be removed on or after June 30, 2018 (and will be removed within two business days at Jensen's request) and upon the removal of such legends, may be freely transferable;

2. with respect to paragraph 7 of the December 7, 2017, agreement attached as Exhibit C hereto between Jason Cory and Eric Lord, the restrictive legends placed on Jensen or Race's shares of Common Stock representing an aggregate of $213,000, which is 85,200 shares, may be sold during or any time after the initial public offering of the Company's securities (the "Letter Agreement Leakout Shares");

3. one third of the Common Stock issued to Jensen or Race pursuant to the Offering or $500,000 worth of those shares, which is 250,000 shares, in addition to the Letter Agreement Leakout Shares, may be sold during or any time after the initial public offering of the Company's securities;

4. if and to the extent some or all of securities issued to Jensen or Race are unsold, an aggregate of 367,248 shares of Common Stock issued to Jensen or Race may be sold on the 90th day after the initial public offering of the Company's securities (which amount represents 4.99% of Shared Labs shares of Common Stock presently issued and outstanding); and

5. Jensen, Race or their designees may, at their discretion, exercise some or all of the warrants to purchase up to 375,000 shares from Shared Labs at $2.00 per share before any or all of the warrants to purchase up to 300,000 shares at $2.50 per share are exercised.

E. <u>Miscellaneous</u>

The terms, conditions and rights herein are specific to Jensen and Race, Cory and SharedLabs. Such rights shall not be assigned or transferred to or assumed by any other party or individual, voluntarily or by operation of law, and any such purported assignment, transfer or assumption shall be void and of no force or effect.

This Letter Agreement shall be governed by the laws of the state of New York, without giving effect to any conflict of laws provision, and may not be amended other than through a written agreement executed by Jensen and SharedLabs.

Jason M. Cory's initials    Keith M. Jensen's initials



Very truly yours,

**SHAREDLABS, INC.**

By: _____
Name: Jason M. Cory
Title: Chief Executive Officer & President

**AGREED AND ACCEPTED:**

_____
Keith M. Jensen, Individually
and on behalf of Race Holdings, LLC

Jason M. Cory's initials

_____

Keith M. Jensen's initials

_____