# Keith Jensen

| | |
|---|---|
| **From:** | Kishore Khandavalli <kk@sharedlabs.com> |
| **Sent:** | Monday, June 17, 2019 8:02 PM |
| **To:** | Keith Jensen |
| **Cc:** | Michael Abrams |
| **Subject:** | Rights Offering / Escrow Shares |

Keith,
It was good to connect with you on Friday.  As we discussed, we need to move forward with the rights offering as a critical next step to turn this company around. Tata is on thin ice, I plan to go meet them next week once rights offering is successful.

The Board has approved a rights offering and kicker structure whereby investors that commit a minimum of $125,000, $250,000, $500,000 and $1,000,000 will receive a three year convertible note at 6% interest and $0.50 per share conversion price with a principal amount equal to 20%, 30%, 40% and 50% of the amount invested, respectively.  Obviously, the goal is to incentivize and compensate investors based on their level of participation. Our current plan is to raise a minimum of $1.5Million and a max of $3MM.  You are not obligated to participate, but wanted to make sure you were fully aware of the terms. I'm still committed to invest $1MM provided we meet the $1.5MM minimum and resolve the open items with your "guaranteed return", Jon Clark's PUT rights as well as my rights.

Also, the Board has authorized the issuance of an additional $500,000 convertible note to you in exchange for the cancellation of any claims or rights you may have to any 1)  escrow shares previously deposited at SRF and/or 2) amounts in connection with any potential "guaranteed return".  That said, I am committed to doing everything possible to execute a strategy to recoup both our investments and hopefully provide for a reasonable return.  I look forward to working with you toward that common goal.  My plan is to distribute information and instructions to all shareholders regarding the rights offering later this week.  As such, it would be helpful to work through any additional questions you may have as soon as possible. I copied Mike here as well, he can answer any technical questions that you may have as well.


--
Kishore Khandavalli
(214) 306 4570 (w)