# Keith Jensen

| | |
|---|---|
| **From:** | Keith Jensen |
| **Sent:** | Monday, July 8, 2019 7:53 PM |
| **To:** | 'Kishore Khandavalli' |
| **Cc:** | 'Man Utd'; Keith Sauls; Vic Eilau; susan.quackenbush@vonage.com; billw11747@gmail.com |
| **Subject:** | RE: Rights Offering / Escrow Shares |
| **Attachments:** | 2019.1.3 Schedule of Amount Owed on Guaranteed Return.pdf |

Kishore,

As you can see, I've copied the Board of Directors with whom I enjoyed working when I wrote the letter and talked with most of the SL shareholders that enabled you to become the non-paid interim CEO and provided the basis to oust Jason Cory and have him give up his claims on certain shares (at least 2,250,000 of which are presently owned by Race Holdings). I also copied Jon Clark.

I copied the Board, as I believe they needed to hear from the largest cash investor in SL on a number of the matters below.

I just tried to call you with some follow up questions to our conversation this afternoon. I learned from that conversation that under the present offer a) you and Jon would keep the full principal value of your notes; and b) those notes would be deferred. What is/are the triggering mechanism(s) which reinstates those rights?

The suggestion that I might have gleaned from your 6/17/19 email below that under the present offer Jon and yourself were keeping your rights to the full principal value of your notes was inaccurate. As I have stated repeatedly, in writing, Jon, you and I as the three principal stakeholders in SL needed to be simultaneously apprised of all offers to each other. That did not happen. Please make sure it happens going forward.

Under the present offer would you keep a) $2.85M note; b) $1.04M put agreement; c) $295K obligation; and d) $9,818 obligation?

Would you also keep all accrued interest? Through what date? Then interest would accrue at 6% from when?

Please send me the precise terms of the offers presently pending in your favor and Jon's.

That in mind, as I made clear to you over the phone, the present offer made to me is rejected.

As discussed, the premise that you and Jon keep 100% of the value of your notes (albeit deferred) and I receive 8.7% of the value of my guaranteed rights is laughable, but cagey and aggressive. My guaranteed rights as of 7 days ago, 7/1/2019, were worth $5,738,698.51 (500k/5.738M=8.7%).

For clarity, I will not negotiate from any suggestion that my guaranteed rights are worth anything less than 100% of what your respective notes and other obligations are worth. I'm completely unmoved by the purported "opinion" to the contrary which renders numerous agreements meaningless and ridiculously posits that
a) I only had a guaranteed return if SL went public;
b) the 2,250,000 shares delivered to Darrin Ocasio to hold in escrow were only to collateralize my guaranteed return if SL went public; and

c) all SL needed to do to make the largest financial commitment it had ever made to anyone meaningless (in this case to its largest cash investor) was to not go public when going public by 8/1/2018 was the essence of multiple agreements signed by the CEO and SL's GC that secured my first and second $1.5M investments.

That indeed is a laughable, ridiculous and insupportable opinion.

The way to solve this is that all three of us keep 100% of our rights or that I keep the 2,250,000 shares in Escrow, which I presently legally own, as they collateralize my guaranteed return, which is in default.  I understand that this might also be a non-starter because my rights will be worth $7.29M by year end (see attached).

In short, the Board's offer to me was a non-starter.  As stated above, I will not negotiate from any suggestion that my guaranteed rights are worth anything less than 100% of what your respective notes and other obligations are worth.

I await your and the Board's response.

Best regards, Keith

Keith M. Jensen
Race Holdings, LLC
8 Dorado Beach East
Dorado, PR 00646
817.240.5886

**From:** Kishore Khandavalli <kk@sharedlabs.com>
**Sent:** Monday, June 17, 2019 7:02 PM
**To:** Keith Jensen <kj@kjensenlaw.com>
**Cc:** Michael Abrams <michael.abrams@sharedlabs.com>
**Subject:** Rights Offering / Escrow Shares

Keith,
It was good to connect with you on Friday.  As we discussed, we need to move forward with the rights offering as a critical next step to turn this company around. Tata is on thin ice, I plan to go meet them next week once rights offering is successful.

The Board has approved a rights offering and kicker structure whereby investors that commit a minimum of $125,000, $250,000, $500,000 and $1,000,000 will receive a three year convertible note at 6% interest and $0.50 per share conversion price with a principal amount equal to 20%, 30%, 40% and 50% of the amount invested, respectively.  Obviously, the goal is to incentivize and compensate investors based on their level of participation. Our current plan is to raise a minimum of $1.5Million and a max of $3MM.  You are not obligated to participate, but wanted to make sure you were fully aware of the terms. I'm still committed to invest $1MM provided we meet the $1.5MM minimum and resolve the open items with your "guaranteed return", Jon Clark's PUT rights as well as my rights.

Also, the Board has authorized the issuance of an additional $500,000 convertible note to you in exchange for the cancellation of any claims or rights you may have to any 1) escrow shares previously deposited at SRF and/or 2) amounts in connection with any potential "guaranteed return". That said, I am committed to doing everything possible to execute a strategy to recoup both our investments and hopefully provide for a reasonable return. I look forward to working with you toward that common goal. My plan is to distribute information and instructions to all shareholders regarding the rights offering later this week. As such, it would be helpful to work through any additional questions you may have as soon as possible. I copied Mike here as well, he can answer any technical questions that you may have as well.

--
Kishore Khandavalli
(214) 306 4570 (w)