# Keith Jensen

| | |
|---|---|
| **From:** | Michael Abrams <michael.abrams@sharedlabs.com> |
| **Sent:** | Thursday, April 25, 2019 1:50 PM |
| **To:** | Keith Jensen |
| **Cc:** | kk@seventablets.com |
| **Subject:** | RE: JP Morgan Confirmation of Wires |

Keith,

Sorry for the delay in follow-up.  I can confirm that all $3MM was received in connection wit your investments.  The first $1.5 million was sent directly to the company and I confirmed the cash was received.  The second $1.5 million was sent to an SRF escrow account directly.  Amounts from that escrow were directed to two entities.  The first was to SRF for legal fees and the second was to the seller's law firm as payment of consideration for the acquisition.

Hope this helps.  Let me know if you have any further questions.

Regards,
Mike

---

**From:** Keith Jensen [mailto:kj@kjensenlaw.com]
**Sent:** Thursday, April 25, 2019 11:26 AM
**To:** Michael Abrams <michael.abrams@sharedlabs.com>
**Cc:** kk@seventablets.com
**Subject:** RE: JP Morgan Confirmation of Wires

Kishore,

If you sent it, I couldn't find it.  Please send/resend the confirmation you told me I'd get that 100% of my $3M investment in SharedLabs, Inc. has been accounted for.

Please also set forth (or Michael might you please set forth) where that money went.  I trust I need not follow up with Darrin Ocasio on my request for where my money went from his law firm trust account, but if you still need any information from him, let me know and I will endeavor to get it.

Best regards, Keith

---

**From:** Michael Abrams <michael.abrams@sharedlabs.com>
**Sent:** Monday, April 8, 2019 9:25 PM
**To:** Keith Jensen <kj@kjensenlaw.com>
**Cc:** Keith Sauls <keith@applegoldpartners.com>; kk@seventablets.com
**Subject:** RE: JP Morgan Confirmation of Wires

Mr. Jensen,

As promised, here is the update on where we stand. First and foremost, as I indicated yesterday in the Uber ride from JAX to my hotel, the transfer agent has record of the issuances related to both your investments.  I would think, from your perspective, that would be the singular most pertinent fact.  Late last week, I reached out to Jay Yamamoto at SRF to inquire into matters related to the funds flow concerning your wires from June 21, 2017 and June 30, 2017, specifically about confirmation of receipt, duration in escrow and details regarding the instructions out.  I did not hear

back from him.  I intentionally did not copy Darrin Ocasio on my email to Mr. Yamamoto for a number of reasons, most notably that I wanted to see if and how Mr. Yamamoto replied and whether or not he copied Ocasio in his response.  Given your email from this weekend, I sent an additional email to both Ocasio and Yamamoto earlier today.  Ocasio, and only Ocasio, replied that they were "pulling the records" and would circle back with the information once available. I have not received anything further from either Ocasio or Yamamoto.  In the meantime, I reached out to the transfer agent this evening to request all available documentation concerning the same.  The transfer agent report shows shares from both tranches as validly issued, so they must have supporting documentation.  As of this moment, that is where this stands. I will continue to push and track down as necessary.  I hope this proves helpful.  I am available to discuss and answer questions at your convenience.

Regards,
Mike

---

**From:** Keith Jensen [mailto:kj@kjensenlaw.com]
**Sent:** Sunday, April 7, 2019 10:38 PM
**To:** Michael Abrams <michael.abrams@sharedlabs.com>
**Cc:** Keith Sauls <keith@applegoldpartners.com>; kk@seventablets.com
**Subject:** FW: JP Morgan Confirmation of Wires

Dear Mr. Abrams,

Please inform me what you have done since Thursday to confirm and locate my first $1.5M investment and confirm you've done so for my second $1.5M investment too.

And, please confirm that everything you can do, will be done by close of business Monday, or why that can't happen and how much longer it will take.

You, as I have provided Kishore, have my commitment to be on call and/or in Jacksonville to help this company prosper in every way possible.

Thank you for your requested immediate attention to this.

Best regards, Keith

Keith M. Jensen
Race Holdings, LLC
8 Dorado Beach East
Dorado, PR 00646
817.240.5886

---

**From:** Keith Jensen
**Sent:** Sunday, April 7, 2019 10:33 PM
**To:** 'Darrin M Ocasio' <DMOcasio@SRF.LAW>; 'Darrin M Ocasio' <DMOcasio@srfkllp.com>
**Cc:** 'kk@seventablets.com' <kk@seventablets.com>; Michael Abrams <michael.abrams@sharedlabs.com>; 'Keith Sauls' <keith@applegoldpartners.com>
**Subject:** RE: JP Morgan Confirmation of Wires

Darrin,

Jason Cory, in case you were unaware, resigned as CEO and from the board of directors.

2

Please provide your documentation as to where my first $1.5M investment in SharedLabs, Inc. went via wire, check or otherwise.  As you will see below, it was sent to your firm in two installments of $750K each on 6/21/17 and 6/30/17.

I've cc'd the interim CEO, CFO and a board member.

Best regards, Keith

Keith M. Jensen
Race Holdings, LLC
8 Dorado Beach East
Dorado, PR 00646
817.240.5886


**From:** Keith Jensen
**Sent:** Thursday, April 4, 2019 4:55 PM
**To:** Keith@applegoldpartners.com; Michael Abrams <michael.abrams@sharedlabs.com>
**Cc:** kk@seventablets.com
**Subject:** FW: JP Morgan Confirmation of Wires

Keith & Michael,

In response to Keith Sauls' call today and his email to me today at 3:56 pm which showed a screenshot confirming my second investment by a wire of $1.5M in January, 2018, please confirm that after you follow the wire information for my first $1.5M investment which took the form of two wires to Sichenzia, likely its trust account, for $750K each on 6/21/17 and 6/30/17, that you have accounted for my entire $3M investment in SharedLabs.

Best regards, Keith

Keith M. Jensen
Race Holdings, LLC
8 Dorado Beach East
Dorado, PR 00646
817.240.5886


**From:** PB Service2452 <pb.service2452@jpmorgan.com>
**Sent:** Thursday, April 4, 2019 3:52 PM
**To:** Keith Jensen <kj@kjensenlaw.com>
**Cc:** Robinson, Gavin H <gavin.h.robinson@jpmorgan.com>
**Subject:** JP Morgan Confirmation of Wires

Keith,

Here is the information that I have located for your requests.

1. $1.5M on or about 6.30.2017

   There were 2 wires initiated in the amount of $ 750,000.00 on June 21st and June 30th.  Both wires were sent to FAO Sichenzia Ross Ference Kesner, LLP, Citibank, Account number ends in 1703.  The reference is Shared Lab,

Inc. – Private Placement Offering. .  If you need the entire number, I can send it securely or give is to you verbally.

2. $1.5M on or about 1.18.2018.

The wire was sent in the amount of $ 1,500,000.00 on January 10, 2018 from the closed margin account to Shared Labs, Inc.  The account number ends in 4622.  The bank is Bank of America.  If you need the entire number, I can send it securely or give is to you verbally.

**Sincerely,**

**Regina S Williams| Senior Client Service Associate I Client Service**  I J.P. Morgan Private Bank I  712 Main St, Floor 13N  I  Houston, TX 77002  I  T: 877-576-2452  F:  888-263-8679  I pb.service2452@jpmorgan.com   I   jpmorgan.com/privatebank

**J.P. Morgan**

**J.P. Morgan Securities LLC  |  JPMorgan Chase Bank, N.A.**

**NOT AN OFFICIAL CONFIRMATION OR VALUATION OF ANY TRANSACTION. Trade instructions will not be accepted through Electronic Mail (E-mail)**. For informational purposes only. This does not represent an official account of the holdings, balances, or transactions made in your account. Please refer to your monthly account statement for the official record of all of your account activities. **Important risk considerations for certain investment products and asset classes can be found HERE.**

**INVESTMENT PRODUCTS: NOT FDIC INSURED ● NO BANK GUARANTEE ● MAY LOSE VALUE**

[CASE:4441248]

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidentiality, legal privilege, viruses and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.