# RACE HOLDINGS, LLC

**8 DORADO BEACH EAST**
**DORADO, PUERTO RICO 00646**
**817.240.5886**

November 23, 2020

<u>VIA EMAIL</u>

Mr. Kishore Khandavalli
CEO & Chairman of the Board
Shared Labs, Inc. n/k/a RiseIT Solutions, Inc.
4th Floor
6 E. Bay Street
Jacksonville, Florida 32202

Dear Mr. Khandavalli,

    I hope this letter finds you and your family well. As you know, despite the patently apparent need to pursue litigation despite my many attempts to avoid it, I continue to hope the best for RiseIT Solutions, Inc. and will continue to make myself available if I can aid in its success.

    While Race Holdings, LLC believes Shared Labs/RiseIT has on at least two prior occasions had demand made of it to turn over to Race Holdings the 2,250,000 escrowed shares, I write for the avoidance of doubt.

    On 1/20/2018, Mr. Jason Cory as CEO of Shared Labs, and individually, signed a Guaranty in favor of Race Holdings. In part, that Guaranty states:

> The Guarantor absolutely, unconditionally and irrevocably guarantees, as primary obligor and not merely as surety, the payment of (i) an aggregate of $3,000,000; and (ii) such amounts equal to the Guaranteed Return set forth in the Letter Agreement (the **"Obligation")**. (emphasis in original)

    Per paragraph 2 of the Guaranty, Race Holdings hereby demands to collect the Guaranteed Return from Shared Labs through Race Holdings receipt of a sufficient amount of the 2,250,000 escrowed shares (as defined in the Letter Agreement) equal to the Guranteed Return.

    On 11/1/2020, the Guaranteed Return was in the amount of $11,090,806.58. Accordingly, unless some number less than 100% of the escrowed shares has a present market value greater than this amount, please immediately take all action needed to convey to Race

# RACE HOLDINGS, LLC

Mr. Kishore Khandavalli
November 23, 2020
Page 2

Holdings full, free, clear and unencumbered ownership of and title to the 2,250,000 escrowed shares.

    Race Holdings, LLC has now complied, it posits on multiple occasions, with paragraph 2 of Shared Labs Guaranty which requires that Race Holdings must attempt to first collect the Guaranteed Return form Shared Labs through its receipt of a sufficient amount of the escrowed shares (as defined in the Letter Agreement) equal to the Guaranteed Return.

    Per counsel's letter on 1/17/20, per my extension of his stated 120 day deadline due to COVID until October and per this letter, please be advised that if Race Holdings reasonable offers are not seriously responded to, in addition to all other relief Race Holdings will be entitled to (return of $3M in principal, full payment on the Guaranteed Return and ownership of the escrowed shares), it will additionally seek to recover its attorneys' fees incurred in the preparation of and prosecution of the forthcoming suit against Shared Labs and RiseIT for their breaches of contract and fiduciary duty.

Very truly yours,

Keith M. Jensen