## Keith Jensen

| | |
|---|---|
| **From:** | Kishore Khandavalli <kk@riseits.com> |
| **Sent:** | Thursday, December 3, 2020 12:51 PM |
| **To:** | Keith Jensen |
| **Subject:** | RE: Letter from Race Holdings |

Dear Keith,

I hope you're doing well. Subject to the Board approval, I am open to transfer ownership of the 2,250,000 shares in escrow to Race Holdings, provided that you and Race Holdings first execute a release of any and all claims against the company under the June 30, 2017, and January 18, 2018, letter agreements, the associated escrow agreements, and any other document pursuant to which you or Race Holdings claims that the company is obligated to pay a "guaranteed return" on your investments in the company.  Any agreement by the company to transfer the escrowed shares will be conditional on the execution of such a release by both you and Race Holdings, in a form acceptable to the company, under which Race Holding's acceptance of the escrowed shares constitutes full and final satisfaction of any claim by you or it against the company relating to these matters.

**From:** Keith Jensen [mailto:kj@jensen-law.com]
**Sent:** Monday, November 23, 2020 4:19 PM
**To:** Kishore Khandavalli <kk@riseits.com>; kk@sharedlabs.com
**Subject:** Letter from Race Holdings

*External email – exercise caution in opening the attachment.*

Dear Kishore,

I hope you are well.  Please see attached letter.

Best regards, Keith

Keith M. Jensen
Race Holdings, LLC
8 Dorado Beach East
Dorado, PR 00646
817.240.5886